Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Abbas Kazerounian, Esq. (SBN:
ak@kazlg.com
**Kazerouni Law Group, APC**
2700 North Main Street, Suite 1000
Santa Ana, CA 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BADIE JABER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED**<br><br>Plaintiff,<br>v.<br><br>**NASCAR HOLDINGS, INC.,**<br><br>Defendant. | **Case No: 11-CV-01783 DMS (WVG)**<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF BADIE JABER'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS**<br><br>**HON. DANA M. SABRAW** |

HYDE & SWIGART
San Diego, California

1    Plaintiff Badie Jaber (hereinafter "Plaintiff")  hereby moves to dismiss this

2  action against Defendant NASCAR HOLDINGS, INC. (hereinafter "Defendant") (and

3  jointly hereinafter referred to as "the Parties") with prejudice as to Badie Jaber's

4  individual claims and without prejudice as to the Class claims

    WHEREFORE, Plaintiff respectfully requests that this Court dismiss this
5
action with prejudice as to Badie Jaber's individual claims and without prejudice as
6
to the Class Claims.
7

8

9  Dated: May 24, 2012                              **HYDE & SWIGART**

10

11                                                  /s Joshua B. Swigart
                                                    Joshua B. Swigart
12                                                  Attorneys for Plaintiff